UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE TERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NASTRAN HASHEMI, et al.,<br><br>　　　　Defendants. | No. 2: 20-cv-1148 KJN P<br><br><br>ORDER |

　　　　Plaintiff is proceeding, without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's current address of record reflects that he is incarcerated at the California Heath Care Facility ("CHCF") in Stockton, California. Records from the California Department of Corrections and Rehabilitation ("CDCR") reflect that plaintiff is no longer incarcerated.

　　　　Pursuant to Local Rule 182(f), it is plaintiff's responsibility to keep the court apprised of his current address at all times. Plaintiff has violated Local Rule 182(f) by failing to file a notice of change of address.

　　　　Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file a notice of change of address, as required by Local Rule 182(f).

Dated: November 9, 2020

Terr1148.osc

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE